UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**ANTHONY JAMES LEGLER**,

    Petitioner,

v.

**KAREN FLETCHER**, Acting Chief Probation Officer,

    Respondent.

Case No. 14-cv-01497-YGR

**JUDGMENT**

For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus, **IT IS ORDERED AND ADJUDGED** that Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

**IT IS SO ORDERED.**

Dated: July 16. 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**